**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE:                        :        NO. 771

                             :

REVIEW AND VACATUR OF LOCAL    :       SUPREME COURT RULES DOCKET
ORPHANS' COURT RULES          :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 1st day of June, 2018, upon the recommendation of the Orphans' Court Procedural Rules Committee:

    It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that:

1) The continued necessity of existing local orphans' court rules governing guardianship proceedings as of June 1, 2019 shall be reviewed by the President Judge or his or her designee in light of the Order of this Court, *see* No. 770 Supreme Court Rules Docket (June 1, 2018), rescinding and replacing Rules 14.1 through 14.5 and forms G-01 through G-04, and amending Rules 1.5 and 5.10 through 5.12, and Index to Appendix of the Pennsylvania Orphans' Court Rules.

2) A local orphans' court rule deemed necessary shall be submitted to the Orphans' Court Procedural Rules Committee no later than December 1, 2018 for review in accordance with Pa. O.C. Rule 1.5 and Pa.R.J.A. No. 103(d).

3) A local orphans' court rule governing guardianship proceedings not adopted in accordance with Pa. O.C. Rule 1.5 and Pa.R.J.A. No. 103(d) shall be vacated effective June 1, 2019.

    This Order shall be processed in accordance with Pa.R.J.A. No. 103(b) and shall be effective immediately.